IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO EDWARDS,

    Plaintiff,

v.

STEVE HELGERSON, KIMM JOHNSON,
GREGORY GRAMS, NATHON PRESTON,
DALIA SULIENE, LORI ALSUM, MARK
ISAACSON, PAUL KETARKUS, PAUL
PERSSON, LILLIAN TENEBRUSO and
DR. O'BRIEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-722-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Gregory Grams and Nathon Preston; and

(2) granting Steve Helgerson, Kimm Johnson, Dalia Suliene, Lori Alsum, Mark Isaacson, Paul Ketarkus, Paul Persson, Lillian Tennebruso and Dr. O'Brien's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    2/7/12
Peter Oppeneer, Clerk of Court        Date